in all material respects to the component material of the fish nets involved in said Abstract 63947, were held dutiable, depending upon the date of entry, at 35 percent under paragraph 912 of the act as synthetic cord or twine, similar in use to cotton cords, or at 33, 31½, or 30 percent under said paragraph, as modified.

**No. 65445.**—Fisherman's Cooperative Assn. et al. *v.* United States, protests 59/21584, etc. (Los Angeles).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.

**No. 65446.**—Alaska Reefer Fisheries et al. *v.* United States, protests 59/24735, etc. (Los Angeles).

Opinion by FORD, J.  In accordance with stipulation of counsel that the items marked "A" consist of fish netting similar in all material respects to that involved in Abstract 63947, the merchandise was held dutiable at 25 percent under the provision in paragraph 923, as modified, for cotton fishing nets, by similitude. The items marked "B," stipulated to consist of synthetic cord or twine similar in all material respects to the component material of the fish nets involved in said Abstract 63947, were held dutiable, depending upon the date of entry, at 35 percent under paragraph 912 of the act as synthetic cord or twine, similar in use to cotton cords, or at 33, 31½, or 30 percent under said paragraph, as modified.

**No. 65447.**—Howard Hartry, a/c Wm. H. Hutchinson & Associates *v.* United States, protests 59/29008(B), etc.  (Los Angeles).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiff was sustained.

**No. 65448.**—Momoi Co. *v.* United States, protests 59/29219, etc. (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the items marked "A" consist of fish netting similar in all material respects to that involved in Abstract 63947, the merchandise was held dutiable at 25 percent under the provision in paragraph 923, as modified, for cotton fishing nets, by similitude.   The items marked "B," stipulated to consist of synthetic cord or twine similar in all material respects to the component material of the fish nets involved in said Abstract 63947, were held dutiable, depending upon the date of entry, at 33, 31½, or 30 percent under the provision in paragraph 912, as modified, for synthetic cord or twine, similar to cotton cords.

**No. 65449.**—Momoi Co. *v.* United States, protests 60/4300, etc. (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the items marked "A" consist of fish netting similar in all material respects to that involved in Abstract 63947, the merchandise was held dutiable at 25 percent under the provision in paragraph 923, as modified, for cotton fishing nets, by similitude.   The items marked "B," stipulated to consist of synthetic cord or twine similar in all material respects to the component material of the fish nets involved in said Abstract 63947, were held dutiable, depending upon the date of entry, at 35 percent under paragraph 912 of the act as synthetic cord or twine, similar in use to cotton cords, or at 33, 31½, or 30 percent under said paragraph, as modified.

BEFORE THE THIRD DIVISION, APRIL 12, 1961

**No. 65450.**—Balfour, Guthrie & Co., Ltd. *v.* United States, protest 265988–K (Laredo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 13, 1961

**No. 65451.**—H. Rosenhirsch Co., Inc. *v.* United States, protests 60/15883 and 60/18300 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.